■ THE PEOPLE OF THE STATE OF NEW YORK v. HOWARD JACKSON.— Order of this court entered on November 28, 1961, assigning Anthony F. Marra, Esq., as counsel for the defendant-appellant, is vacated, and Frederick A. Rubenstein, Esq., of 80 Pine St., New York, N. Y., is assigned as counsel for defendant-appellant in the place and stead of Anthony F. Marra, Esq. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. CURTIS MITCHELL.— Order of this court entered on November 9, 1961, assigning Arthur S. Olick, Esq., as counsel for defendant-appellant, is vacated, and Donald A. Krenz, Esq., of 100 Broadway, New York, N. Y., is assigned as counsel for defendant-appellant in the place and stead of Arthur S. Olick, Esq. The defendant's time within which to perfect said appeal is enlarged to the May 1962 Term of this court. Concur — Valente, J. P., Stevens, Eager, Steuer and Bergan, JJ.

■ WILLIAM SHEMIN v. CONTINENTAL TRAILWAYS.— Motion for an enlargement of time denied. Order dismissing appeal signed and filed. Concur — Valente, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. WESLEY WRIGHT.— Motion to resettle order granted. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

## (January 26, 1962)

■ KNICKERBOCKER VILLAGE, INC., v. WILLIAM E. BOYLAND et al.— Motion for an order permitting the Commissioner of Housing of the State of New York to intervene granted on condition that the intervenor serves and files his points on or before February 2, 1962. Respondents' reply points, if any, are to be served and filed on or before February 16, 1962. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ ABE ROSENBERG v. BARRY M. CARUTH et al.— Motion to strike out papers on appeal or for leave to submit a brief granted only to the extent of granting leave to respondent to serve and file her respondent's points on or before February 2, 1962. In all other respects the motion is denied. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

## (January 30, 1962)

■ ELIZABETH H. DERBY, Respondent, v. PRO V. PREWITT, Appellant.—

This is without prejudice to the commencement of another action, if plaintiff be so advised, in keeping with the suggestion made on argument and on grounds other than malpractice. Concur — Rabin, J. P., Valente, McNally, Stevens and Bastow, JJ.